

# stressed
## employees cost your business.
## Want to know how much $?

**POP QUIZ** — Which cost below is estimated to be **7.5x higher** than the other two?

☐ Health Insurance & Benefits      ☐ Absenteeism      ☐ Presenteeism

## GET THE ANSWER

Download our
Cost of Stress Article
(located at www.costofstressiwc.com)

*GREAT READ!*

## TAKE ACTION



Schedule a FREE Lunch n'
Learn on Stress Management
for your employees
(see details below)

*STRESS LUNCH!*

Visit **www.costofstressiwc.com** or call **855-487-5469** (select option 1)

**INNATE | WELLNESS CENTERS**

**Innate Wellness Centers** is a group of wellness consultants and clinicians dedicated to improving the health of a business one employee at a time. Our offices around the country offer the highest quality, proactive wellness education and care on the planet, both on-site and in our offices.

Offer expires 8/15/16. FREE Lunch n' Learn is catered through Panera or Corner Bakery, or other local caterer if necessary. Our speaker will present tips and techniques to better manage stress for approximately 20-25 minutes. A business must have minimum of 6 employees present for Lunch n' Learn. First on-site Lunch n' Learn is FREE, absolutely no strings attached. Visit our website for testimonials and list of satisfied clients.

To opt out from future faxes go to www.removemyfaxnumber.com and enter PIN# 17204, or call 800-321-4433. The recipient may make a request to the sender not to send any future faxes and that failure to comply with the request within 30 days is unlawful.