UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LEVINE HAT CO., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:16-CV-1132-SNLJ ) |
| INNATE INTELLIGENCE, LLC, *et al*., | ) ) ) ) |
| Defendants. | ) |

**DEFENDANT PROFAX, INC.'S REQUEST FOR ADDITIONAL TIME
TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

COMES NOW Defendant Profax, Inc. ("Profax"), through its undersigned counsel, and respectfully requests that the Court allow the Parties three additional business days to file their Motion for Preliminary Approval of Class Settlement. In support of this Request, Profax states as follows:

1.  Following an update to the Court regarding status of settlement negotiations, the Court on December 3, 2019, entered a docket Order providing that the Parties' motion for preliminary approval of class settlement be filed by December 13, 2019 (Dkt. 164.)

2.  The Parties are in the process of reviewing and finalizing the settlement documents and motion for preliminary approval, but need a few additional days to do so.

3.  Accordingly, Profax respectfully requests that the Court allow the Parties three additional business days, through and including December 18, 2019, in which to file their motion for preliminary approval of class settlement.

4.  Counsel for the Plaintiff Class has no objection to this request.

5.  This motion is made in good faith in the interests of justice and efficiency, and not

1830400

for purposes of delay.

WHEREFORE, Defendant Profax, Inc. respectfully requests that the Court allow the Parties three additional business days, through and including December 18, 2019, in which to file their motion for preliminary approval of class settlement.

December 13, 2019                                                    Respectfully submitted,

GREENSFELDER, HEMKER & GALE, P.C.

By       /s/ *Mary Ann L. Wymore*
            Mary Ann L. Wymore, #44061
            mlw@greensfelder.com
            Dawn M. Johnson, #41991
            dmj@greensfelder.com
            Abby L. Risner, #57999
            alr@greensfelder.com
            10 South Broadway, Suite 2000
            St. Louis, Missouri 63102
            Telephone:  314-241-9090
            Facsimile:  314-241-8624

*Attorneys for Defendant Profax, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 13th day of December, 2019, a true and correct copy of the foregoing was filed with the Clerk of the Court to be served by operation of the Court's electronic filing system on all attorneys of record.

           /s/ Mary Ann L. Wymore