# EXHIBIT 6

Search | Nathaniel | Home | Create



**Ralph Potente**    Add Friend | Message

Timeline | About | Friends | Photos | More

**DO YOU KNOW RALPH?**

To see what he shares with friends, send him a friend request.    Add Friend

 **About**

To see what he shares with friends, send him a friend request.    Add Friend

Overview

Work and Education

Places He's Lived

Contact and Basic Info

Family and Relationships

**Details About Ralph**

Life Events

**ABOUT RALPH**

OK – So, first of all, I'm not much of a "Social Media" sort of guy, thus I rarely interact via Facebook or Facebook requests. That being said, for some reason, I do get a fair number of requests, so I'm taking a moment to let people know who I am, so they can know if I'm the guy they think I am – because, shockingly - there seem to be other Ralph Potente's on Facebook.

At the time of this most recent edit (11/9/17) edit, I'm 63-years old (born in May -1954). I grew-up, and went to school, in Plainview, Long Island – NY; then on to college at Nassau Community (Theater major) followed by NYIT (New York Institute of Technology) for Architecture. Following College, I did a-few years of theater work including; Westbury Music Fair, and then some freelancing in NYC and Vegas, etc., for a guy named Ed Yoe. After that, thanks to the daughter of my then deceased boss from WMF (Nat Debin & Jill Debin respectively), I went to work for a division of Columbia Pictures in NYC called EUE/Screen Gems a/k/a Editel, where my life turned back to architecture and design, thanks to a life-changing break by my boss there (Dan Rosen). Eventually, I opened my own design firm and thrived for the next several years, specializing in designing television and recording studios, eventually with my extraordinary design partner Tom Koszalka (who died of AIDS in 1993). In 1989 I founded one of my current companies (CyberData, Inc.) with by brother - Kevin, (who has since moved on to Cablevision where was is a VP, now retired but very active as a Buddhist teacher). My latest business venture is a company called Class-Settelment.com a service company to litigators in the Class Action arena that I run with my long-time business colleague Andrew Barnett. But I'm also dabble in other things.

In November of 2015 I found myself on the island of Lesvos off of Greece near Turkey helping Syrian and Afghan refugees escaping terror as they crossed the Aegean Sea. Sadly, the timing of my adventure collided with the 2016 presidential elections and refugees became a heart-wrenching wedge issue for me. But as part of this life-changing experience, I made a short film and a new friend for life that is helping to make the world a better place. His name is Hanif (and Afghan, who was an interpreter for the American forces in the most horrific parts of the Afghan

Chat (39)

Search                                                           Nathaniel    Home    Create

Also back in 1989, I met my life-partner - Ricky. Today, I am spectacularly-lucky to have Rick as my partner, but also to have Andrew as my business-partner, which gives me the freedom to enjoy some of the things in life that one should do before one's body limits our abilities to frolic on this amazing planet.

These days my design callings are more focused on projects for Rick and me. We are so fortunate to have an amazing little farm, here on Long Island, where we raise and train American-Born dressage horses, usually breed from German-Hanoverian sires. Usually, around mid-November, we pack-up the horses, dogs and other necessities and move down to Florida to our other farm so we can continue the training process of these most magnificent animals; then we return north in mid-April, after the competition season closes down in Wellington. A few years ago, we sold our farm in Jupiter Fl and purchase some farm-acreage in Wellington (Palm Beach County) to build our dream farm.

But our construction plans got waylaid for a couple of reasons. The main reason we like to site is that we are so fortunate to be seasonal residents at Terri & Devon Kane's Diamante Farm in Wellington. Our trainer is Kevin Kohmann an amazing young equestrian German-transplant and is Diamante's resident pro, so we get the best of everything; friends, a home for our horses, and great training and inspiration.

We are still (seemingly always) in the midst of construction at our place on Long Island. I guess it takes forever when you're a designer, and just can't stop striving for perfection. Our home on the Island is a timber frame work of art, that we have enjoyed collaborating with artisans from around the world. The bones of heavy timber and steel were created by Chris Picard, a gifted Canadian in British Columbia (http://www.pacifictimberframe.com/).
That process brought us to the Pacific Northwest, where we selected the trees that Chris spent months whittling into a genius of sacred-geometry before shipping it to Long Island for my architectural plan, steeped in a journey of feng-shui principals. While our construction is truly a collaboration of talents from around the globe, one of the features that reigns prominent is the magnificent iron art-work of, Cape Town blacksmith/artist, Conrad Hicks. We met Conrad while on safari in South Africa a-few years back, and instantly knew that he must contribute to our home (http://www.blacksmith.co.za/). His work adorns both the landscape and architecture, and we treasure it every day.

Our upcoming project in Wellington – Palm Beach, FL is both overwhelming and exciting. As they say in the real estate business: location, location, location. Our site is at the edge of Wellington's civilization, adjacent to the Everglades. No doubt we will have some challenges with the local wildlife, but as ominous as a 12-foot gator can be, they're also part of the allure of our future homestead.

Well, that's me for now. Maybe I'll update this in another couple of years....

PS: Don't be insulted if I don't respond to reach-outs. I almost never do, I don't even look at my Facebook account or emails.

Be well and try to consider how fortunate you are when you see others in need. Providing a leg-up isn't just for horse-riders. While knowing the past is an important education for where we're going, there's nothing we can do to change it, so there's little point in dwelling on it. I prefer to think about the future where even you and I can make a difference, even if it's only for one person, for one minute, it matters.

**FAVORITE QUOTES**

No favorite quotes to show

**📷 Photos**

Ralph's Photos    Albums

Chat (39)












