# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# (EASTERN DIVISION)

| | |
|---|---|
| **LEVINE HAT CO.**, on behalf of itself and all others similarly situated, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>**INNATE INTELLIGENCE, LLC** et al., )<br>)<br>Defendants. ) | Case No. 4:16-cv-01132-SNLJ |

## PLAINTIFF'S PROPOSED JURY INSTRUCTIONS

Plaintiff Levine Hat, individually and on behalf of all others similarly situated, submit their proposed jury instructions as Exhibits A (with citations) and B (clean copy).

DATED: May 7, 2021

Respectfully submitted,

KEANE LAW LLC

/s/ Steven W. Duke
Ryan A. Keane, #62112MO
Steven W. Duke, #68034MO
7777 Bonhomme Ave, Ste 1600
St. Louis, MO 63105
Phone: (314) 391-4700
Fax: (314) 244-3778
ryan@keanelawllc.com
steve@keanelawllc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed via the Court's Electronic Filing System this 7th day of May 2021, which will send a notice of electronic filing to all counsel of record.

                                                */s/ Steven W. Duke*