# EXHIBIT 1

## U.S. Bankruptcy Court
### Eastern District of New York (Central Islip)
### Bankruptcy Petition #: 8-21-71047-las

*Assigned to:* Judge Louis A. Scarcella
Chapter 7
Voluntary
No asset

*Date filed:* 06/07/2021
*341 meeting:* 07/14/2021

*Debtor*
**ProFax, Inc.**
20 Max Avenue
Hicksville, NY 11801-1419
NASSAU-NY
Tax ID / EIN: 06-1639650

represented by **Elliot S. Schlissel**
Schlissel DeCorpo LLP
479 Merrick Road
Lynbrook, NY 11563
(516) 561-6645
Fax : (516) 561-6716
Email: Elliot@sdnylaw.com

*Trustee*
**Marc A. Pergament**
Weinberg Gross & Pergament
400 Garden City Plaza
Suite 403
Garden City, NY 11530
(516) 877-2424

*U.S. Trustee*
**United States Trustee**
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437
(631) 715-7800

| Filing Date | # | Docket Text |
| --- | --- | --- |
| 06/07/2021 | 1 (29 pgs) | Chapter 7 Voluntary Petition for Non Individuals. Fee Amount $338 Filed by Elliot S. Schlissel on behalf of ProFax, Inc. (Schlissel, Elliot) (Entered: 06/07/2021) |
| 06/07/2021 | | Meeting of Creditors Chapter 7 Business & Appointment of Chapter 7 Trustee, Pergament, Marc A., 341(a) Meeting to be held on 7/14/2021 at 09:00 AM at Room 561, 560 Federal Plaza, CI, NY. (Entered: 06/07/2021) |
| 06/08/2021 | 2 (2 pgs; 2 docs) | Notice of Failure to Pay Internet Filing Fee (BK)in the amount of $ 338.00. (jaf) (Entered: 06/08/2021) |
| 06/08/2021 | | Receipt of Voluntary Petition (Chapter 7)( 8-21-71047) [misc,volp7a] ( 338.00) Filing Fee. Receipt number A20146736. Fee amount 338.00. (re: Doc# 1) (U.S. Treasury) (Entered: 06/08/2021) |